FILED
CLERK, U.S. DISTRICT COURT

JUL 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK BLAIR OVERSON, | NO. CV 08-4063-GHK(CT) |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN MARTEL, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that the petition is dismissed without prejudice.

DATED: 7/2/08

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE